United States District Court
Northern District of California

1

2

3

4                              UNITED STATES DISTRICT COURT

5                           NORTHERN DISTRICT OF CALIFORNIA

6

7   JOHN GABOR, ET AL.,                    Case No. 17-cv-01524-LHK   (SVK)

8                Plaintiffs,               **ORDER ON PLAINTIFFS' SEPARATE
                                           DISCOVERY DISPUTE STATEMENT**
9         v.
                                           Re: Dkt. No. 71
10  MIRIAM CARTER DESHLER, et al.,

11               Defendants.

12          Before the Court is the separate discovery dispute statement filed by Plaintiffs John and

13  Kay Gabor concerning the failure of Defendants Rebecca Harris and Kristin Humphrey to respond

14  to interrogatories and requests for production served by Plaintiffs on November 14, 2017.  ECF

15  71.  On November 22, 2017, the District Judge granted the motion of Defendants' counsel to

16  withdraw.  ECF 69.  One condition of granting the motion was that counsel deliver the complete

17  case file, including any discovery requests received, to Defendants by November 29, 2017.  *Id.*

18  On November 29, 2017, Defendants' former counsel confirmed his compliance with the order

19  granting his motion to withdraw as counsel, "including by emailing Defendants a copy of the

20  Discovery Requests propounded by Plaintiffs on November 14, 2017."  ECF 70.  According to

21  Plaintiffs, Defendants have not only failed to respond to the November 14 discovery requests, but

22  they have also failed to meet and confer with Plaintiffs or cooperate in preparation of a joint

23  discovery letter brief in accordance with this Court's Civil Scheduling and Discovery Standing

24  Order despite numerous efforts by Plaintiffs to reach Defendants.  Defendants also have not filed a

25  response to Plaintiffs' separate discovery dispute statement.[1]  In their statement, Plaintiffs request

26

27  _____

28  [1] Defendants have also failed to file an answer or serve initial disclosures.  The District Judge has
    advised Plaintiffs that they may choose to seek entry of default with the Clerk's Office and, if the
    Clerk enters default, to file a motion for default judgment.  ECF 77.

1  "an Order to Show Cause to Defendants to determine if Defendants will be participating in this

2  litigation at all."  ECF 71.

3      The Court will treat Plaintiffs' separate discovery dispute statement as a motion to compel

4  responses to the written discovery served on Defendants.  Good cause appearing, the Court

5  GRANTS Plaintiffs' motion to compel and ORDERS that no later than **February 5, 2018,**

6  Defendants must serve responses to the following discovery requests served by Plaintiffs on

7  November 14, 2017:  (1) Interrogatories to Rebecca Harris (Set No. 1); (2) Requests for

8  Production to Rebecca Harris (Set No. 1); (3) Interrogatories to Kristin Humphrey (Set No. 1); and

9  (4) Requests for Production to Kristin Humphrey (Set No. 1).  Defendants' failure to respond by

10  February 5, 2018 will result in waiver of any objections to the discovery and may entitle Plaintiffs

11  to other appropriate relief.

12      **SO ORDERED.**

13  Dated: January 25, 2018

14

15

16  SUSAN VAN KEULEN
    United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2