# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JOHN GABOR and KAY GABOR,<br>*Plaintiff*<br>v.<br>REBECCA HARRIS and KRISTIN HUMPHREY,<br>*Defendant* | Civil Action No. 2:18-CV-0312-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiffs' Motion to Dismiss Counts I-VIII of the First Amended Complaint is GRANTED. Plaintiffs' remaining claims are DISMISSED. Plaintiffs are awarded $1,152,491.64 in prejudgment interest, payable by Defendants Rebecca Harris and Kristin Humphrey, jointly and severally. Upon entry of this final judgment, interest will accrue on the sum of Defendants' unpaid balance ($149,662.87 deficiency amount and $1,152,491.64 prejudgment interest), at a rate of 0.08% per annum.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE on Plaintiffs' Motion for Prejudgment Interest (ECF No. 212) and Plaintiffs' Motion to Dismiss Counts I-VIII of the First Amended Complaint (ECF No. 211).

Date: February 10, 2022

CLERK OF COURT

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*

B. Fortenberry